Decided December 8, 2004

---

## TODD C. MORRISON *v.* SENTENCE REVIEW DIVISION OF THE SUPERIOR COURT

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 345 (AC 24310), is denied.

*Todd C. Morrison*, pro se, in support of the petition.

Decided December 15, 2004

---

## STATE OF CONNECTICUT *v.* TYRONE REID

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 802 (AC 23930), is denied.

*Andrew S. Liskov*, special public defender, in support of the petition.

*Joseph T. Corradino*, senior assistant state's attorney, in opposition.

Decided December 15, 2004